[No. 3618.   Decided March 25, 1902.]

FRANZ FREUNDT, *Respondent*, v. CHARLES HAHN *et ux.*,
*Appellants.*

HUSBAND AND WIFE — ACTION ON HUSBAND'S PROMISSORY NOTE —
PERSONAL JUDGMENT AGAINST WIFE.

In an action against husband and wife upon a promissory
note executed by the husband, the wife cannot be held personally
bound by a default judgment, of whose entry she had no notice,
when the complaint states no cause of action against her, but
merely recites she is the wife of the maker of the note.

ON PETITION FOR REHEARING.

*Fred H. Peterson,* for appellants.

*Adolph Munter,* for respondent.

PER CURIAM.—In the opinion heretofore filed in this
cause the judgment of the superior court was affirmed
24 Wash. 8 (63 Pac. 1107). When the opinion was writ-
ten, through inadvertence, the fact that Bertha Hahn, wife
of the appellant Charles Hahn, did not execute the notes
which were the subject of the suit was not observed, al-
though mentioned in the briefs. The petition of appel-
lant Bertha Hahn for rehearing again sets up and calls
attention to the fact that no cause of action was stated
for recovery against her in the complaint. The only men-
tion of Bertha Hahn in the complaint is the statement
that she is the wife of Charles Hahn. The action was for
judgment upon two promissory notes executed by copart-
ners R. Wittke and Charles Hahn. Under § 4489, Bal.
Code, separate property of the wife is not liable for the
contracts of the husband. *Sweet, Dempster & Co. v. Dil-
lon,* 13 Wash. 521 (43 Pac. 637); *Kemp v. Folsom,* 14
Wash. 16 (43 Pac. 1100); *Harris v. Van De Vanter,* 17
Wash. 489 (50 Pac. 50). An answer to appellants' pe-
tition for rehearing having been filed, it does not appear
that any serious contention is made that judgment should

have been entered against the wife, to be satisfied out of her separate property. But we conclude that there is no sufficient allegation in the complaint to sustain a judgment against the wife personally, and, the judgment having been obtained by default, and no notice of its entry having been given to appellant Bertha Hahn, she is entitled, having presented her objection before the decision of the cause, to have it confined to her husband, Charles Hahn; and it is now modified so as to except her from the judgment.